# EXHIBIT J

# Field Notes

COPY

#60705(?)
7-18-9(?)

Phone conversation with Gary Arnsten     17:45
of the N. Va. Lab

- Arnsten said that the four rounds recovered from Scroggins were .22 caliber.

- Arnsten said that the rounds were fired from a barrel with four grooves.

- Arnsten said that it's likely that the type weapon was a Winchester brand rifle. (Bolt or Semi-auto)

- Arnsten said that it is probably a barrel with right hand twist.

- I asked Arnsten if it were possible that the rounds were fired from a derringer. He said that according to his records, it would be a Colt or Burgess brand derringer. (Collector pieces)

- Arnsten said that because of the amount of damage to the rounds, it was a high velocity - probably a rifle.

125