CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 28 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MICHAEL WAYNE HASH, | ) |
| | ) Civil Case No. 7:10-cv-00161 |
| Petitioner, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| GENE M. JOHNSON, | ) |
| DIRECTOR OF VIRGINIA | ) By: James C. Turk |
| DEPARTMENT OF CORRECTIONS, | ) Senior United States District Judge |
| | ) |
| Respondent. | ) |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

as follows:

(1) Respondent's motion to dismiss (Dkt. No. 44) is **DENIED** and Petitioner's motion for summary judgment (Dkt. No. 46) is **GRANTED**;

(2) The writ of habeas corpus is **GRANTED**; and

(3) Unless the Commonwealth decides to retry Petitioner within a reasonable time, not to exceed six (6) months, Respondent is directed to release Petitioner.

The Clerk is directed to strike this case from the Court's active docket and send copies of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: This 28th day of February, 2012.

/s/ James C. Turk
Senior United States District Judge